**SO ORDERED: March 25, 2010.**



Anthony J. Metz III
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                )
HAWKINS, Scott A.                        )        CASE NO. 09-00228-AJM-13
1490 Locust Street                          )
Middletown, IN 47356                  )
                               Debtor       )

**ORDER GRANTING RELIEF FROM STAY
AND ABANDONMENT OF REAL ESTATE**

U.S. Bank, N.A.'s ("Secured Creditor"), by counsel, Stacy J. DeLee, Motion For Relief From Stay
and to Abandon Real Estate,  having come before the Court,

And the Court having examined said Motion and being duly advised in the premises, and having
found that the Debtor has failed to make payments pursuant to the Chapter 13 Plan, being in material
default and failing to adequately protect U.S. Bank, N.A.'s interest, and having found that said failure to
make payments constitutes sufficient cause for relief from stay.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** by the Court that the
automatic stay be, and it hereby is, lifted as to U.S. Bank, N.A., its successors and assigns, to allow U.S.
Bank, N.A., its successors and assigns, to enforce its rights and remedies under applicable law, including,
without limitation, proceeding with a foreclosure action on the following described real estate located in

Henry County, Indiana:

**LOT 238 IN JACKSON'S FIRST ADDITION AND ALSO THE EAST 25 FEET OF VACATED 15TH STREET TO THE TOWN OF MIDDLETOWN, AS SHOWN IN PLAT BOOK 4, PAGE 1, RECORDS OF HENRY COUNTY, INDIANA.**

Commonly known as: **1490 Locust Street, Middletown, IN 47356**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that said real estate is abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that such Order shall bind Debtor in any conversion of the above-entitled bankruptcy proceeding, as to the interest of U.S. Bank, N.A., its successors and assigns in the above-described property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the fourteen (14) day stay of the order  imposed by Bankruptcy Rule 4001(a) (3) be waived.

###